**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NERRY PATHAK,                                  )
                                               )
            Plaintiff,                         )   Case No. 2:17-cv-00102-RFB-GWF
                                               )
vs.                                            )   **ORDER**
                                               )
ANSHU BHARAT PATHAK, *et al.*,                 )
                                               )
            Defendants.                        )
_____  )

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  The Complaint (ECF No. 1) in this matter was filed January 11, 2017.  LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties.  If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  To date, Plaintiff has failed to comply.  Accordingly,

**IT IS ORDERED** that Plaintiffs shall file a Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **February 10, 2017.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 30th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge