# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NERRY PATHAK

                Plaintiff,

v.

SIERRA MEAT COMPANY; ANSHU BHARAT PATHAK

                Defendants.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00102-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered. The Sierra Defendants are awarded attorneys' fees in the amount of $87,266.00 and costs not to exceed $1,335.85 against Nerry Pathak and Anshu Pathak.

| | |
|---|---|
| February 28, 2019 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |